**STATE of Missouri, Respondent,**

v.

**Clarence Lamont WILLIAMS, Appellant.**

**No. WD 40434.**

Missouri Court of Appeals, Western District.

Nov. 15, 1988.

Susan L. Hogan, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and CLARK and NUGENT, JJ.

ORDER

PER CURIAM:

Appeal from conviction of stealing, § 570.030, R.S.Mo., 1986, and from sentence of one year's confinement.

AFFIRMED. Rule 30.25(b).